IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Trinity Industries Leasing Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13 C 439 |
| ) | |
| Midwest Gas Storage, Inc., et al, ) | Judge Rebecca R. Pallmeyer |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants' motion to dismiss [93] is granted in part and denied in part. Count 9 (constructive trust) is dismissed, as are all claims against Ms. O'Malley. Plaintiff has stated a fraud claim based upon Mr. O'Malley's pre-lease representations, but not based on representations he made after Plaintiff had sued Indiana Corn and repossessed the rail cars. Count I (fraud) is therefore dismissed in part. The motion is otherwise denied. (For further detail see separate order.)

Parties are invited to submit a proposed revised scheduling order. Parties are also encouraged to discuss the possibility of settlement and to advise the courtroom deputy of their interest, if any, in a referral to Magistrate Judge Brown for this purpose. Status hearing set for 4/4/2014 at 9:00 a.m.

ENTER:

Dated: March 21, 2014

REBECCA R. PALLMEYER
United States District Judge