UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRINITY INDUSTRIES LEASING COMPANY, | § § § | |
| *Plaintiff*, | § § | Case No. 1:13-cv-00439 |
| v. | § § | Judge Manish S. Shah |
| MIDWEST GAS STORAGE, INC., et al., | § § § | |
| *Defendants*. | § | |

**AGREED MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, Trinity Industries Leasing Company, ("Trinity") files this Agreed Motion for Entry of Judgment and in support thereof respectfully shows the following:

1. The parties to this matter entered into a Settlement Agreement on June 9, 2017.

2. Part of the Settlement Agreement requires the entry of a judgment against defendants, Midwest Gas Storage, Inc. ("Midwest Gas"), Putnam Energy, LLC ("Putnam"), and Terrence O'Malley ("O'Malley").

3. The parties agreed to the entry of the attached Agreed Judgment which has been signed by Midwest Gas, Putnam and O'Malley.

WHEREFORE, Trinity moves that the Agreed Judgment be entered.

Respectfully submitted,

/s/ Dorothea L. Vidal
Dorothea L. Vidal
Dvidal@gpd.com
Admitted *Pro Hac Vice*

Texas Bar No. 20578100
GEARY, PORTER & DONOVAN, P.C.
One Bent Tree Tower
16475 Dallas Parkway, Suite 400
Addison, Texas 75001
Telephone:     (972) 931-9901
Facsimile:     (972) 931-9208

Of Counsel:

Eric Macey
Emacey@novackmacey.com
Illinois Bar No. 3122684
Michael Weinberg
Maw@novackmacey.com
Illinois Bar No. 2963477
NOVACK & MACEY, L.L.P.
100 North Riverside Plaza
Chicago, Illinois 60606-1501
Telephone:     (312) 419-6900
Facsimile:     (312) 419-6928

## Certificate of Service

    I certify that on July 13, 2017, a copy of the forgoing was filed electronically. Notice will be sent to the following by operation of the Court's ECF and can be accessed through the system:

mcrane@kingjoneslaw.com

pking@kingjoneslaw.com.

    /s/ Dorothea L. Vidal

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRINITY INDUSTRIES LEASING COMPANY, | § § § § | |
| Plaintiff, | § § | Case No. 1:13-cv-00439 |
| v. | § § | Judge Manish S. Shah |
| MIDWEST GAS STORAGE, INC., et al., | § § § | |
| Defendants. | § | |

## AGREED JUDGMENT

The parties in the above captioned matter, plaintiff, Trinity Industries Leasing Company, and defendants, Midwest Gas Storage, Inc., Putnam Energy, LLC., and Terrence O'Malley agree to the entry of the following judgment.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that:

1. Plaintiff, Trinity Industries Leasing Company shall have and recover actual damages jointly and severally from Midwest Gas Storage, Inc., Putnam Energy, LLC., and Terrence O'Malley in the total amount of FIFTY THOUSAND DOLLARS ($50,000);

2. Defendants shall pay to Plaintiff post-judgment interest at the rate of five percent (5%);

3. Plaintiff shall have all writs and other processes necessary for enforcement of such final judgment against all Defendants, which the Clerk shall issue upon Plaintiff's application and payment of any fees required by law.

IT IS SO ORDERED, ADJUDGED and DECREED effective on this 3d day of July, 2017.

DATE: 07/03/2017

_____
Manish S. Shah
U.S. District Judge

Date June 30, 2017

*[signature]*
Terrence O'Malley
Midwest Gas Storage, Inc.
Putnam Energy, LLC